UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. **'08 MJ 1822** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Ramiro CALDERON-Melgoza** | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about **November 10, 2007,** within the Southern District of California, defendant, **Ramiro CALDERON-Melgoza**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
**Immigration Enforcement Agent**
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, **THIS 12th DAY OF June, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On November 10, 2007, the defendant, Ramiro CALDERON-Melgoza was arrested by the Escondido Police Department for "ATEMPTED GRAND THEFT FROM PERSON", in violation of Penal Code 487 (C), and booked into San Diego Jail. An Immigration Enforcement Agent determined him to be a citizen of Mexico and placed a Form I-247 (Immigration Detainer) pending his release from custody.

On June 11, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States.

A review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about May 10, 2006, and removed on May 10. 2006, via the San Ysidro, CA. Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Ramiro CALDERON-Melgoza, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was admonished as to his rights per Miranda. The defendant acknowledged those rights and elected to answer questions without counsel present. The defendant stated his true name is Ramiro CALDERON-Melgoza, and he is a citizen of Mexico by birth in Michoacan, Mexico. The defendant admitted he has not obtained a waiver to re-enter the United States. The defendant also admitted he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States lawfully. He stated he knew it was against the law to enter illegally after having been deported.